MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nodding head animals similar in all material respects to those the subject of *Wilson's Customs Clearance, Inc.* v. *United States* (59 Cust. Ct. 36, C.D. 3061), and that said merchandise is wholly or in chief value of iron or steel, the claim of the plaintiff was sustained.

**No. P68/496.**—A. D. Sutton & Sons *v.* United States, protest 66/10903 (San Francisco).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nodding head animals similar in all material respects to those the subject of *Wilson's Customs Clearance, Inc.* v. *United States* (59 Cust. Ct. 36, C.D. 3061), and that said merchandise is wholly or in chief value of papier mache, the claim of the plaintiff was sustained.

**No. P68/497.**—Sterling Merchandise Co., Inc. *v.* United States, protest 67/68130 (New York).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of *Canton Son, Inc.* v. *United States* (48 Cust. Ct. 398, Abstract 66652), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 26, 1968

**No. P68/498.**—The Bendix Corporation *v.* United States, protest 64/16611 (Cleveland).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of scientific instruments similar in all material respects to those the subject of *The Bendix Corporation* v. *United States* (57 Cust. Ct. 184, C.D. 2759), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 26, 1968

**No. P68/499.**—S. S. Kresge Co. *v.* United States, protest 58/18552 (New York).